UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| ROBERT C. CONLEY, | ) | |
| | ) | 2:04-cv-1970-FCD-GGH |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | <u>ORDER</u> |
| | ) | |
| UNION PACIFIC RAILROAD COMPANY, a corporation, | ) ) | |
| | ) | |
| Defendant. | ) | |

The settlement conference scheduled for November 3, 2006, is vacated since the submitted confidential settlement statements reveal it would not be productive.

IT IS SO ORDERED.

Dated: October 31, 2006

_____
GARLAND E. BURRELL, JR.
United States District Judge