ADRIAN L. RANDOLPH, ESQ. #133577
**WILLIAM H. POHLE JR., ESQ. #43043**
**BRIAN W. PLUMMER, ESQ. #240210**
Union Pacific Railroad Company
Law Department
10031 Foothills Blvd., Suite 200
Roseville, CA  95747-7101

Phone:      916/789-6400
**Direct:     916/789-6220**
Facsimile: 916/789-6227

Attorneys for Defendant
**UNION PACIFIC RAILROAD COMPANY**

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROBERT C. CONLEY,<br><br>          Plaintiff,<br><br>     v.<br><br>UNION PACIFIC RAILROAD COMPANY, a corporation; and DOES ONE through TWENTY, inclusive,<br><br>          Defendants. | CASE NO.:  CIV-S-04-1970 FCD GGH<br><br>STIPULATION BY AND BETWEEN THE PARTIES REGARDING DISPATCH RECORDING<br><br><br>Trial:     October 6, 2009<br>Judge:   Hon. Frank C. Damrell |

The parties hereby stipulate to the following fact:

"The dispatch recording produced for the night in question does not contain any discernable communication between Mr. Conley's locomotive engineer, Michael Speakman, and the Oakland Diesel Shop."

///

///

-1-
STIPULATION BY AND BETWEEN THE PARTIES REGARDING DISPATCH RECORDING

| | |
|---|---|
| 1 | Dated: October 14, 2009   UNION PACIFIC RAILROAD COMPANY |

By:   __/S/__William H. Pohle. Jr._____
William H. Pohle Jr., Esq.
Brian W. Plummer, Esq.
Attorneys for Defendant
UNION PACIFIC RAILROAD CO.

Dated: October 14, 2009   HILDEBRAND, MCLEOD, AND NELSON

By:   __/S/___Anthony S. Petru_____
Anthony S. Petru, Esq.
John Furstenthal, Esq.
Attorneys for Plaintiff
ROBERT C. CONLEY

Date:        October 14, 2009

_____
FRANK C. DAMRELL, JR.
UNITED STATES DISTRICT JUDGE

-2-
STIPULATION BY AND BETWEEN THE PARTIES REGARDING DISPATCH RECORDING